# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNIVERSITY LOFT COMPANY** | § | |
| | § | |
| **VS.** | § | **NO. A-15-CV-826 LY** |
| | § | |
| **BLUE FURNITURE SOLUTIONS, LLC** | § | |

## ORDER

Before the Court are: Defendant Blue Furniture Solutions, LLC's Renewed Motion to Stay Discovery and Request for Ruling on Dispositive Motions, Dkt. No. 26, and Plaintiff's Response, Dkt. No. 28; and Defendant's Opposed Emergency Motion for Ruling on Defendant's Pending Motion to Stay Discovery, Dkt. No. 31, Plaintiff's Response, Dkt. No. 32, and Defendant's Reply, Dkt. No. 33.

It is not the practice of this Court to stay discovery proceedings simply because potentially dispositive motions are pending. If the Defendant believes that any particular discovery sought by Plaintiff is improper it may object in the normal manner.

SIGNED this 15 day of July, 2016.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE